FILED
2018 JUN 14 PM 1:36
CLERK
U.S. DISTRICT COURT

ERIK STRINDBERG (Bar No. 4134)
KASS HARSTAD (Bar No. 11012)
**STRINDBERG & SCHOLNICK, LLC**
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
Telephone:   (801) 359-4169
Facsimile:   (801) 359-4313
Email: erik@utahjobjustice.com
          kass@utahjobjustice.com

*Attorneys for Plaintiff*

## IN THE UNITED STATED DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **EVERETTE BACON,**<br><br>Plaintiff,<br><br>vs.<br><br>**DIVISION OF SERVICES FOR THE BLIND** and **VISUALLY IMPAIRED, UTAH STATE OFFICE OF REHABILITATION, UTAH SCHOOLS FOR THE DEAF** and **BLIND, UTAH STATE BOARD OF EDUCATION**, and **JOEL COLEMAN** in his official capacity,<br><br>Defendants. | **SECOND AMENDED SCHEDULING ORDER**<br><br>Case Number: 2:16-cv-01253- BSJ<br><br>Judge: Bruce S. Jenkins |

Based on this Court's Order Granting Joint Stipulated Motion to Stay All Discovery Pending Resolution of Defendants' Partial Motion to Dismiss Based on Qualified Immunity (Dkt. #57); and based on the Order Denying Defendants' Partial Motion to Dismiss (Dkt. #67) which was entered by this Court on April 5, 2017, the Court hereby enters the following Second Amended Scheduling Order:

1. The Plaintiff will designate any expert witnesses by September 17, 2018;.

2. The Defendants will designate any expert witnesses by October 1, 2018;

1. Plaintiff's expert report(s) will be submitted by October 17, 2018.

2. Defendants' expert report(s) will be submitted by November 9, 2018.

3. All fact and expert discovery will be completed by December 3, 2018.

4. Dispositive motion cutoff is January 16, 2019.

5. An agreed to form of a Pre-Trial Order must be submitted to chambers by the parties by March 27, 2019. This Order shall include agreed upon legal issues, a roster of witnesses (for each party's case in chief) and a roster of exhibits (again for each party's case in chief)

6. A pre-trial conference will be held on March 29, 2019, at 10:00 a.m. Attorneys shall be prepared to discuss all aspects of their case including damages.

DATED this 14TH day of June, 2018.

BY THE COURT

Honorable Bruce S. Jenkins

Approved:

/s/ Jaqualin Friend Peterson
Jaqualin Friend Peterson
Attorneys for Defendants